■ In the Matter of JUDITH SEIDNER, Respondent-Appellant, v TOWN OF ISLIP et al., Appellants-Respondents. — Judgment of the Supreme Court, Suffolk County, entered December 11, 1980, affirmed, insofar as appealed from by the appellants-respondents, without costs or disbursements, for reasons stated in the opinion of Justice McCarthy. Cross appeal by petitioner dismissed, without costs or disbursements. Said cross appeal was not properly perfected. Damiani, J. P., Titone, Lazer and Gibbons, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN AMBROSIO, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered March 19, 1981, convicting him of criminal contempt in the first degree, upon a jury verdict, and imposing sentence. Judgment affirmed, and case remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). A reading of the Grand Jury minutes as a whole supports the trial jury's determination that the defendant's answers and conduct before the Grand Jury evidenced a purposeful attempt to evade answering the questions posed and was tantamount to a refusal to answer (see *People v Fischer,* 53 NY2d 178, 184; *People v Rappaport,* 47 NY2d 308, 313, cert den 444 US 964; *People v Schenkman,* 46 NY2d 232, 237; *People v McGrath,* 46 NY2d 12, 29, cert den 440 US 972; *People v Ianniello,* 36 NY2d 137, 142, cert den 423 US 831; *People v Ianniello,* 21 NY2d 418, 427, cert den 393 US 827). Mangano, J. P., Weinstein, Thompson and Bracken, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIO E. BONOMO, Appellant. — Judgment of the County Court, Orange County (Rosenblatt, J.), rendered May 16, 1980, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Lazer and Gibbons, JJ., concur.